STATE OF OREGON,
*Respondent,*

*v.*

SAMUEL ALLEN BENSON,
*Appellant.*

(9101-0066; CA A71796)

856 P2d 647

Louis B. Miles, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Jas. Adams, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Chief Judge, and Deits and Durham, Judges.

PER CURIAM

Affirmed. *State v. Lamb*, 110 Or App 146, 822 P2d 143 (1991).